B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Haneberg, Michael Wayne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Haneberg, Viki L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8503** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1212 Cromwell Ln**<br>**Naperville, IL**<br><div align="right">ZIP Code<br>**60564**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1212 Cromwell Ln.**<br>**Naperville, IL**<br><div align="right">ZIP Code<br>**60564**</div> |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**                                                                                        **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Haneberg, Michael Wayne**<br>**Haneberg, Viki L** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Haneberg, Michael Wayne**
**Haneberg, Viki L**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Wayne Haneberg**
Signature of Debtor **Michael Wayne Haneberg**

X **/s/ Viki L Haneberg**
Signature of Joint Debtor **Viki L Haneberg**

Telephone Number (If not represented by attorney)

**November 21, 2008**
Date

#### Signature of Attorney*

X **/s/ G. Alexander McTavish**
Signature of Attorney for Debtor(s)

**G. Alexander McTavish**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**November 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Michael Wayne Haneberg**
**Viki L Haneberg**

Case No.

Chapter **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael Wayne Haneberg**
                        **Michael Wayne Haneberg**

Date:   **November 21, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Wayne Haneberg**
**Viki L Haneberg**

Debtor(s)

Case No.
Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Viki L Haneberg**
                        **Viki L Haneberg**

Date:    **November 21, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Wayne Haneberg,**
       **Viki L Haneberg**

            Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 431,000.00 | | |
| B - Personal Property | Yes | 4 | 13,045.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 447,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 136,390.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 991,823.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,442.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,828.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 444,045.00 | | |
| Total Liabilities | | | | 1,575,213.73 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Wayne Haneberg,**
       **Viki L Haneberg**

Case No. _____

_____,
                                    Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Michael Wayne Haneberg,**
        **Viki L Haneberg**

Case No. _____

Debtors ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Personal Residence**<br>**Location: 1212 Cromwell Ln**<br>**Naperville, IL  60564** | **Fee simple** | **J** | **431,000.00** | **447,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **431,000.00** | (Total of this page) |
| Total > | **431,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Michael Wayne Haneberg,**                                              Case No. _____
         **Viki L Haneberg**

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Checking Account Harris Bank 22975 Cedar Glade Drive Naperville, IL 60564 Account No. xxxxx7334** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous Clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **Wedding bands** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Winchester 1300 12 gauge shotgun** | J | 275.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Protective Life Insurance Co. P.O. Box 305031 Nashville, TN  37230-5031 Policy No. FK2390146** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                 **2,375.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**　　　　　　　　　　　　　　　Case No. _____
**Viki L Haneberg**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of the common stock in Benchmark Overhead Door Corp., an Illinois corporation. Company ceased operations in April 2008 and turned over its assets to LaSalle Bank. LaSalle Bank was owed approximately $450,000 secured by a duly perfected security interest in all of the assets of the company. LaSalle Bank was substantially undersecured and subsequently sold the assets of the Company at a UCC sale to Benchmark Door Corporation for $90,000. The debtors have no interest in Benchmark Door Corporation but are employed by the company.** | J | 0.00 |
| | | **100% of the common stock of Dealer Door & Supplies Corp, an Illinois corporation. Company ceased operations in April 2008. Company acted as a consignor for doors manufactured by Windsor Republic Doors. When company ceased operations all of Windsor's doors were returned, however, Windsor claims an additional $106,000 is still due on the account.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**                                      Case No. _____
         **Viki L Haneberg**
                                                          ,
                                                  Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chrysler Sebring (145,000 Miles) Fair Condition Although Michael Haneberg is the titled owner the vehicle was purchased and paid for by the debtors' daughter** | H | 2,270.00 |
| | | **2002 Chrysler Town and Country (190,000 miles) Poor Condition** | W | 3,000.00 |

|  | Sub-Total > | **5,270.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**                                    Case No. _____
         **Viki L Haneberg**
                                                          ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2003 Chevrolet Trailblazer (150,000 miles) Fair Condition Vehicle was owned by Benchmark Overhead Door Corp. and turned over to LaSalle Bank along with the rest of the corporation's assets (see Item 13) and subsequently sold by LaSalle Bank to Benchmark Door Corporation at the UCC sale. Vehicle is scheduled here for the purposes of full disclosure only because the debtors believe that the title may not yet have been transferred on the records of the Secretary of State and a new title issued to Benchmark Door Corporation.** | - | **5,400.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **5,400.00**
(Total of this page)
Total >        **13,045.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Michael Wayne Haneberg,**
        **Viki L Haneberg**

Case No. _____

                                        ,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Personal Residence** | 735 ILCS 5/12-901 | 30,000.00 | 431,000.00 |
| **Location: 1212 Cromwell Ln** | | | |
| **Naperville, IL  60564** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account: Checking Account** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Harris Bank** | | | |
| **22975 Cedar Glade Drive** | | | |
| **Naperville, IL 60564** | | | |
| **Account No. xxxxx7334** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Household Goods** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **and Furnishings** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Miscellaneous Clothing** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding bands** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Winchester 1300 12 gauge shotgun** | 735 ILCS 5/12-1001(b) | 275.00 | 275.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Chrysler Sebring (145,000 Miles)** | 735 ILCS 5/12-1001(c) | 100% | 2,270.00 |
| **Fair Condition** | | | |
| **Although Michael Haneberg is the titled owner the vehicle was purchased and paid for by the debtors' daughter** | | | |
| | | | |
| **2002 Chrysler Town and Country (190,000 miles)** | 735 ILCS 5/12-1001(c) | 2,400.00 | 3,000.00 |
| **Poor Condition** | 735 ILCS 5/12-1001(b) | 600.00 | |
| | | | |
| **2003 Chevrolet Trailblazer (150,000 miles)** | 735 ILCS 5/12-1001(b) | 5,400.00 | 5,400.00 |
| **Fair Condition** | | | |
| **Vehicle was owned by Benchmark Overhead Door Corp. and turned over to LaSalle Bank along with the rest of the corporation's assets (see Item 13) and subsequently sold by LaSalle Bank to Benchmark Door Corporation at the UCC sale. Vehicle is scheduled here for the purposes of full disclosure only because the debtors believe that the title may not yet have been transferred on the records of the Secretary of State and a new title issued to Benchmark Door Corporation.** | | | |
| | | Total: | |
| | | 43,045.00 | 444,045.00 |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael Wayne Haneberg,**                                Case No. _____

            **Viki L Haneberg**

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxx5306**<br><br>**Chase**<br>PO Box 9001020<br>Louisville, KY 40290-1020 | | | J | September 2006<br><br>Second Mortgage, Home Equity Loan<br><br>Personal Residence<br>Location: 1212 Cromwell Ln<br>Naperville, IL  60564 | | | | | |
| | | | | Value $          **431,000.00** | | | | 50,000.00 | 16,000.00 |
| Account No. **xxxxx5641**<br><br>**Sovereign Bank**<br>**Mortgage Servicing**<br>601 Penn Street<br>Reading, PA 19601 | | | J | First Mortgage<br><br>Personal Residence<br>Location: 1212 Cromwell Ln<br>Naperville, IL  60564 | | | | | |
| | | | | Value $          **431,000.00** | | | | 397,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

   **0**      continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 447,000.00 | 16,000.00 |
| Total<br>(Report on Summary of Schedules) | 447,000.00 | 16,000.00 |

B6E (Official Form 6E) (12/07)

In re  **Michael Wayne Haneberg,**
    **Viki L Haneberg**

Case No. _____

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re      **Michael Wayne Haneberg,**                                              Case No. _____
           **Viki L Haneberg**
                                                                    ,
                                        Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx4671** | | | | Various | | | | | |
| **IL Department of Revenue 100 W Randolph, Level 7-400 Chicago, IL 60601** | | H | | Possible claim for trust fund portion of payroll taxes owed by Benchmark Overhead Door Corp. No amount has been assessed by IDR. Listed for disclosure purposes only. Debtor denies any liability therefor. | X | X | X | 15,226.31 | 15,226.31 0.00 |
| Account No. **xx-xxx4671** | | | | Various | | | | | |
| **IL Department of Revenue Retailer's Occupation Tax Springfield, IL 62796-0001** | | H | | Possible claim for trust fund portion of sales tax owed by Benchmark Overhead Door Corp. No amount has been assessed by IDR. Listed for disclosure purposes only. Debtor denies any liability therefor. | X | X | X | 23,775.00 | 23,775.00 0.00 |
| Account No. **xx-xxx4671** | | | | Various | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | | H | | Possible claim for trust fund portion of payroll taxes owed by Benchmark Overhead Door Corp. No amount has been assessed by IRS. Listed for disclosure purposes only. Debtor denies any liability therefor. | X | X | X | 97,388.78 | 97,388.78 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 136,390.09 | 136,390.09 0.00 |
| | Total (Report on Summary of Schedules) | 136,390.09 | 136,390.09 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Michael Wayne Haneberg,**
     **Viki L Haneberg**                          Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx3788**<br><br>**Accelerated Rehabilitation**<br>**35212 Eagle Way**<br>**Chicago, IL 60678** | | J | | | 2007 - 2008<br>Medical | | | | 1,283.00 |
| Account No.<br><br>**Accelerated Rehabilitation**<br>**35212 Eagle Way**<br>**Chicago, IL 60678** | | J | | | 3/4/08, 3/11/08<br>Medical | | | | 458.00 |
| Account No.<br><br>**AIRGAS**<br>**PO BOX 802588**<br>**CHICAGO, IL 60686** | X | H | | | 2007-2008<br>Business debt<br>**PROPANE SUPPLIER** | X | X | X | 150.00 |
| Account No.<br><br>**ALLIED WASTE SERVICES**<br>**PO BOX 9001154**<br>**LOUISVILLE, KY 40290-1154** | X | H | | | 2007-2008<br>Business Debt<br>Refuse Service<br>**Benchmark Overhead Door Corp.** | X | X | X | 300.00 |

____17____  continuation sheets attached

                                                             Subtotal<br>(Total of this page)        **2,191.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          S/N:30779-080918    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Wayne Haneberg,**                                          Case No. _____
        **Viki L Haneberg**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **File No. xxxx0019**<br><br>**AMARR GARAGE DOOR**<br>C/O Abrams & Abrams, P.C.<br>180 W. Washington St, Ste 910<br>Chicago, IL 60602 | X | H | **JULY 2007 TO PRESENT**<br>**Personal guarantee of Business Debt**<br>**Benchmark Overhead Door Corp.** | X | X | X | 25,000.00 |
| Account No. **xxxx-xxxxxx-x2006**<br><br>**American Express**<br>c/o United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072 | | J | **2007 - 2008**<br>**Credit card purchases** | | | | 5,781.32 |
| Account No. **xxxx-xxxxxx-x2006,xx-xx883-0**<br><br>**AMERICAN EXPRESS BANK FSB**<br>c/o Baker Miller Markoff & Krasny<br>29 N. Wacker Dr, 5th Floor<br>Chicago, IL 60606 | X | H | **2007 - 2008**<br>**Business Charge Card**<br>**Benchmark Overhead Door Corp.** | X | X | X | 67,624.42 |
| Account No. **xxxx0511**<br><br>**American Honda Finance Corp**<br>P.O. Box 1844<br>Alpharetta, GA 30023-1844 | | J | **2006**<br>**2006 Honda Gold Wing Motorcycle was Voluntarily turned over to the creditor on October 6, 2008. Claim amount shown does not take into account the value of the motorcycle that the creditor will realize upon its sale.** | | | | 17,989.99 |
| Account No. **x3294**<br><br>**American Marketing and Publishing**<br>915 E. Lincoln Hwy.<br>P.O. Box 801<br>Dekalb, IL 60115 | X | J | **2008**<br>**Business Debt**<br>**Benchmark Overhead Door**<br>**Home Pages** | | | | 5,925.84 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122,321.57

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Wayne Haneberg,**           Case No. _____
    **Viki L Haneberg**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ARROW TRU-LINE, INC.**<br>**C/O Butterfield & Associates, Inc.**<br>**P.O. Box 34629**<br>**Louisville, KY 40232** | X | H | **JUNE THRU AUGUST 2007**<br>**Business Debt**<br>**Garage Door Hardware**<br>**Benchmark Overhead Door Corp.**<br><br>X X X | X | X | X | **34,165.13** |
| Account No. <br><br>**Associated Dental Care**<br>**183 S. Bloomingdale Rd**<br>**Suite 202**<br>**Bloomingdale, IL 60108-1466** | | J | **3/03/08**<br>**Medical** | | | | **84.69** |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572-8212** | | J | **2008**<br>**Telephone services** | | | | **328.87** |
| Account No. **xxxxx5809**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | X | H | **Business Lease of telephones**<br><br>X X X | X | X | X | **Unknown** |
| Account No. <br><br>**AT&T Mobility**<br>**1805 Valley View Lane**<br>**Dallas, TX 75234-8906** | | J | **Various**<br>**Telephone services** | | | | **870.64** |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)   **35,449.33**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**
**Viki L Haneberg**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 6379** <br><br>**BANK OF AMERICA** <br>**PO BOX 15026** <br>**WILMINGTON, DE 19850-5026** | | J | | **2007** <br>**Credit Card** | | | | 16,730.01 |
| Account No. **xxxx xxxx xxxx 7074** <br><br>**BANK OF AMERICA** <br>**PO BOX 15026** <br>**WILMINGTON, DE 19850-5026** | | J | | **2007** <br>**Credit Card** | | | | 2,201.36 |
| Account No. **7796, xxxxx9940** <br><br>**Barclays Bank Delaware/Juniper** <br>**C/O West Asset Management** <br>**P.O. Box 956842** <br>**Saint Louis, MO 63195** | | J | | **2008** <br>**Credit card purchases** | | | | 2,950.48 |
| Account No. **xx6708** <br><br>**Bluecross Blueshield of Illinois** <br>**300 E Randolph St** <br>**Chicago, IL 60601-5099** | | J | | **6/10/08 - 6/15/08** <br>**Medical** | | | | 604.48 |
| Account No. <br><br>**C & L Family Limited Partnership** <br>**Attn: Charles Polly** <br>**37 Stirrup Cup Ct.** <br>**Saint Charles, IL 60174** | X | H | | **May 31, 2007** <br>**Business Debt** <br>**Guarantee of lease for Benchmark Overhead Door Corp** | | | X | 29,475.00 |

| | | |
|---|---|---|
| Sheet no. **3** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 51,961.33 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Wayne Haneberg,**
        **Viki L Haneberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4124**<br><br>**CAPITAL ONE BANK**<br>**PO BOX 5294**<br>**CAROL STREAM, IL 60197-5294** | H | | | **2007-2008**<br>**Business Credit Card** | | | | 815.00 |
| Account No. **xxxx-xxxx-xxxx-6197**<br><br>**CAPITAL ONE BANK**<br>**PO BOX 5294**<br>**CAROL STREAM, IL 60197-5294** | H | | | **2008**<br>**Credit Card purchases** | | | | 187.73 |
| Account No. **xxxx-xxxx-xxxx-7796**<br><br>**CARD SERVICES**<br>**PO BOX 13337**<br>**PHILADELPHIA, PA 19101-3337** | J | | | **2007**<br>**Credit Card purchases** | | | | 2,605.00 |
| Account No. **xxxx xxxx xxxx 6879**<br><br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** | H | | | **2007-2008**<br>**Business Credit Card purchases** | | | | 9,049.52 |
| Account No. **xxxx xxxx xxxx 7299**<br><br>**CARDMEMBER SERVICE**<br>**PO BOX 15298**<br>**WILMINGTON, DE 19850-5298** | J | | | **2007**<br>**BP GAS CARD** | | | | 725.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,382.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**                                                    Case No. _____
      **Viki L Haneberg**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3756** <br><br> **CARPENTERS BENEFIT FUND** <br> **PO BOX 4001** <br> **GENEVA, IL 60515** | X | H | **2007 - 2008** <br> **Business Debt** <br> **Union Benefits due from Benchmark Overhead Door Corp.** | X | X | X | 30,000.00 |
| Account No. **xxxxxx8001** <br><br> **Central DuPage Hospital** <br> **Attn: Convenient Care** <br> **235 S. Gary Ave.** <br> **Bloomingdale, IL 60108** | | J | **6/15/08** <br> **Medical** | | | | 23.77 |
| Account No. **xxxxxx2501** <br><br> **CH Rush Oak Park** <br> **610 South Maple Ave, Suite 1400** <br> **Oak Park, IL 60304** | | J | **09/02/2008** <br> **Medical** | | | | 4,196.34 |
| Account No. <br><br> **CHAMBERLAIN GROUP** <br> **PO BOX 99152** <br> **CHICAGO, IL 60693** | X | H | **2007-2008** <br> **Personal guarantee of Business Debt** <br> **Garage Door Openers** <br> **Benchmark Overhead Door Corp.** | X | X | X | 25,000.00 |
| Account No. **xxxx xxxx xxxx 2124** <br><br> **CHASE CARDMEMBER SERVICE** <br> **PO BOX 15153** <br> **WILMINGTON, DE 19886-5153** | | J | **2007** <br> **Bank overdraft protection** | | | | 1,500.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,720.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Wayne Haneberg,**
       **Viki L Haneberg**                                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Chicago Magic Soccer Club**<br>**10850 Laraway Rd**<br>**Frankfort, IL 60423** | | J | | | **Various**<br>**Services** | | | | 1,500.00 |
| Account No. **x0168**<br><br>**Chicago Reg. Council of Carpenters**<br>**12 East Erie Street**<br>**Chicago, IL 60611** | X | H | | | **2007 - 2008**<br>**Business Debt**<br>**Benchmark Overhead Door Corp.** | X | X | X | 3,789.36 |
| Account No. **xxxx xxxx xxxx 4152**<br><br>**CITI CARDS**<br>**BOX 6000**<br>**THE LAKES, NV 89163-6000** | | J | | | **2007**<br>**Credit Card** | | | | 1,100.00 |
| Account No.<br><br>**CITY OF ST. CHARLES**<br>**2 E. MAIN STREET**<br>**ST. CHARLES, IL 60174** | X | H | | | **Various**<br>**Business Debt**<br>**Utility Bill**<br>**Benchmark Overhead Door Corp.** | X | X | X | 500.00 |
| Account No. **xxx3227**<br><br>**CLOPAY Building Products**<br>**C/O Atlas & Leviton**<br>**P.O. Box 894**<br>**Glenview, IL 60025** | X | H | | | **Various**<br>**Personal guarantee of Business Debt**<br>**Benchmark Overhead Door Corp.** | X | X | X | 35,000.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,889.36

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

11/21/08 11:19AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Wayne Haneberg,**
**Viki L Haneberg**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **COLUMBIA GLASS** C/O Goldstine, Skrodzki, Russian 835 McClintockDr., Second Floor Burr Ridge, IL 60527-0860 | X | J | Various **Personal guarantee of business debt Glass for Garage Door Lites Benchmark Overhead Door Corp.** | X | | X | **6,247.40** |
| Account No. **Digiovine, Hnilo, Jordan & Johnson** 387 Shuman Blvd., Suite 170 Naperville, IL 60566 | X | H | Various **Business Debt Accountant Benchmark Overhead Door Corp.** | X | | | **9,500.00** |
| Account No. **xxxx xxxx xxxx 8477** **DISCOVER CARD** PO BOX 15192 WILMINGTON, DE 19850-5192 | | J | Various **Credit Card purchases** | | | | **7,700.00** |
| Account No. **x9987** **Dr. B. Cole** Midwest Orthopaedics at RUSH, LLC 1 Westbrook Corporate Ctr, Ste 240 Westchester, IL 60154 | | J | 8/21/08 - 09/02/08 **Medical** | | | | **4,689.46** |
| Account No. **xx7822, #xxxx8223** **DuPage Medical Group** 1860 Paysphere Circle Chicago, IL 60674 | | J | 8/28/08 - 9/11/08 **Medical** | | | | **1,793.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,929.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Wayne Haneberg,**
**Viki L Haneberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7822, #xxxx4029**<br><br>**DuPage Medical Group**<br>**1860 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **9/04/08**<br>**Medical** | | | | **126.00** |
| Account No. **Exxxxx4618**<br><br>**Edward Hospital**<br>**C/O Revenue Cycle Solutions, Inc**<br>**P.O. Box 7229**<br>**Westchester, IL 60154-7229** | | J | **10/16/07**<br>**Medical bill** | | | | **49.97** |
| Account No.<br><br>**Edward Hospital**<br>**PO Box 4207**<br>**Carol Stream, IL 60197-4207** | | J | **3/10/08**<br>**Medical** | | | | **1,214.50** |
| Account No. **Exxxxx2010**<br><br>**Edward Hospital**<br>**PO Box 4207**<br>**Carol Stream, IL 60197-4207** | | J | **1/29/08**<br>**Medical** | | | | **867.12** |
| Account No. **Exxxxx5645**<br><br>**Edward Hospital**<br>**C/O RCS**<br>**P.O. Box 7229**<br>**Westchester, IL 60154-7229** | | J | **10/12/07**<br>**Medical** | | | | **348.07** |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,605.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**
**Viki L Haneberg**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Exxxxx7093** <br><br> **Edward Hospital** <br> **PO Box 4207** <br> **Carol Stream, IL 60197-4207** | | J | | **10/15/07** <br> **Medical** | | | | **999.03** |
| Account No. **Exxxxx0202** <br><br> **Edward Hospital** <br> **PO Box 4207** <br> **Carol Stream, IL 60197-4207** | | J | | **10/16/07, 10/17/07** <br> **Medical** | | | | **592.41** |
| Account No. <br><br> **Edward Hospital** <br> **PO Box 4207** <br> **Carol Stream, IL 60197-4207** | | J | | **2/24/08** <br> **Medical** | | | | **38.58** |
| Account No. **Exxxxx8672** <br><br> **Edward Hospital & Health Services** <br> **801 S. Washington St.** <br> **Naperville, IL 60540-7060** | | J | | **3/18/08** <br> **Medical** | | | | **337.75** |
| Account No. **EOxxxx7365** <br><br> **Edward Hospital & Health Services** <br> **P O Box 4207** <br> **Carol Stream, IL 60197** | | J | | **8/21/2008** <br> **Medical** | | | | **889.45** |

Sheet no. __**9**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,857.22**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**
**Viki L Haneberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3678** <br><br> **Eric P. Liedtke, DDS** <br> **10334 S. Rt. 59** <br> **Naperville, IL 60564** | | J | **2007 - 2008** <br> **Medical** | | | | 1,410.00 |
| Account No. <br><br> **EXPRESS FASTENER** <br> **65 N. BRANDON** <br> **GLENDALE HEIGHTS, IL 60139** | X | H | **Business Debt** <br> **Garage Door Fasteners** <br> **Benchmark Overhead Door Corp.** | X | X | X | 2,405.04 |
| Account No. **xxxx xxxx xxxx 5799** <br><br> **FIRST EQUITY CARD CORP.** <br> **PO BOX 23029** <br> **COLUMBUS, GA 31902-3029** | X | H | **Business debt** <br> **Credit Card purchases** | | | | 6,700.00 |
| Account No. **xxxx-xxxx-xxxx-4997** <br><br> **FIRST NATIONAL BANK OMAHA** <br> **PO BOX 2557** <br> **OMAHA, NE 68103-2557** | | J | **Credit Card purchases** | | | | 4,326.07 |
| Account No. **xxxx xxxx xxxx 4672** <br><br> **GE MONEY BANK** <br> **PO BOX 960061** <br> **ORLANDO, FL 32896-1683** | | H | **2006** <br> **Business credit card** <br> **CAR CARE ONE Card** | | | | 2,500.00 |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,341.11

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Wayne Haneberg,**
      **Viki L Haneberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>GREISER LOGISTICS<br>19230 C. RD. F<br>WAUSEON, OH 43567 | X | H | Business Debt<br>Benchmark Overhead Door Corp. | X | X | X | 1,500.00 |
| Account No. xxxxxHNEx21CO00<br><br>Highlights for Children<br>C/O RMCB Collection Agency<br>2269 S. Saw Mill River Rd, Bldg 3<br>Elmsford, NY 10523 | | J | 2008<br>Highlights for Classroom | | | | 20.70 |
| Account No. xxxx xxxx xxxx 7802<br><br>Home Depot/Citibank<br>C/O Client Services, Inc/Citicards<br>P.O. Box 1503<br>Saint Peters, MO 63376-0027 | | J | 2006 - 2008<br>Credit card purchases | | | | 3,214.64 |
| Account No. xxxx-xxxx-xxxx-1321, xxxx7891<br><br>HSBC CARD SERVICES<br>C/O Account Receivable Mgmnt<br>P.O. Box 129<br>Thorofare, NJ 08086-0129 | | J | 2008<br>Credit Card purchases | | | | 919.16 |
| Account No.<br><br>HYPHEN SOLUTIONS<br>5055 KELLER SPRINGS<br>SUITE 200<br>ADDISON, TX 75001-5997 | X | H | Various<br>Business Debt<br>Benchmark Overhead Door Corp. | X | X | X | 420.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,074.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Wayne Haneberg,**
         **Viki L Haneberg**

Case No. _____

_____,
                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **HANM1000**<br><br>Kelly S. Johnson Psy. D.<br>28379 Davis Parkway<br>Cantera Lakes, Suite 801<br>Warrenville, IL 60555 | | J | | 2007<br>Medical | | | | 439.04 |
| Account No. **xxxxxx3801**<br><br>L. Iyer, Anethesiologist<br>C/O Edward Hospital<br>P.O. Box 4207<br>Carol Stream, IL 60197 | | J | | 9/02/2008<br>Medical | | | | 1,296.00 |
| Account No.<br><br>LABOR NATION<br>374A SUMMIT STREET<br>ELGIN, IL 60120 | X | H | | Business Debt<br>Benchmark Overhead Door Corp. | X | X | X | 950.00 |
| Account No.<br><br>LaSalle Bank<br>350 W North Ave<br>Addison, IL 60101 | X | J | | 2004<br>Personal guarantee of business loan | X | X | | 360,000.00 |
| Account No. **2647**<br><br>McElroy Pediatric Dentristy, Ltd.<br>231 S. Gary Ave, Ste 105<br>Bloomingdale, IL 60108-2234 | | J | | 2008<br>Medical | | | | 392.60 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

363,077.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Wayne Haneberg,**
       **Viki L Haneberg**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0777**<br><br>Midwest Orthopaedics at Rush<br>P.O. Box 6287<br>Chicago, IL 60680 | | J | 4/10/08<br>Medical | | | | 39.20 |
| Account No. **x7740**<br><br>Midwest Orthopaedics at Rush<br>P.O. Box 6287<br>Chicago, IL 60680 | | J | 2/25/08<br>Medical | | | | 230.00 |
| Account No.<br><br>MONSTER INC.<br>PO BOX 90364<br>CHICAGO, IL 60696-0364 | X | H | Various<br>Business Debt<br>Benchmark Overhead Door Corp. | X | X | X | 415.00 |
| Account No. **Invoice 8509**<br><br>Motion Medical Technology<br>2346 S. Lynhurst Dr, #501<br>Indianapolis, IN 46241 | | J | 3/18/08<br>Medical | | | | 1,260.00 |
| Account No.<br><br>Naperville Radiologists S.C.<br>6910 S. Madison St.<br>Willowbrook, IL 60527 | | J | 10/12/07<br>Medical | | | | 37.00 |

Sheet no. **13** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,981.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Wayne Haneberg,**
      **Viki L Haneberg**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx9673**<br><br>**Naperville Radiologists S.C.**<br>6910 S Madison St<br>Willowbrook, IL 60527 | | J | | | 8/21/2008<br>Medical | | | | 128.69 |
| Account No.<br><br>**NICOR GAS**<br>PO BOX 416<br>AURORA, IL 50568 | X | H | | | 2007-2008<br>Business Debt<br>Utility<br>Benchmark Overhead Door Corp. | X | X | X | 5,000.00 |
| Account No. **2135**<br><br>**Nordic Energy Services LLC**<br>C/O PSI-Prestige Services, Inc<br>21214 Schofield Drive<br>Gretna, NE 68028 | X | J | | | 2007 - 2008<br>Business Debt<br>Utility - Nicor Gas/Nordic Energy<br>Benchmark | | | | 1,049.69 |
| Account No.<br><br>**PENSKE TRUCK LEASING**<br>PO BOX 802577<br>CHICAGO, IL 60680-2577 | X | H | | | 2008<br>Business Debt<br>Truck Rental<br>Benchmark Overhead Door Corp. | X | X | X | 350.00 |
| Account No.<br><br>**PITNEY BOWES**<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | X | H | | | 2007-2008<br>Business Debt<br>Benchmark Overhead Door Corp. | X | X | X | 70.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,598.38

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**                                    Case No. _____
        **Viki L Haneberg**

_____ ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Premier Internists of Naperville** <br>**10 Martin Ave #70** <br>**Naperville, IL 60540** | | J | | **10/16/07** <br>**Medical** | | | | **48.00** |
| Account No. **xxxxx9448, File #Fx5132** <br><br>**RH DONNELLY** <br>**C/O McCarthy, Burgess & Wolff** <br>**26000 Cannon Road** <br>**Cleveland, OH 44146** | X | H | | **2007-2008** <br>**Business Debt** <br>**Yellow Pages** <br>**Benchmark Overhead Door Corp.** | X | X | X | **9,385.16** |
| Account No. <br><br>**SAFETY SERVICES CO.** <br>**PO BOX 6408** <br>**YUMA, AZ 85366-6408** | X | H | | **2007-2008** <br>**Business Debt** <br>**Benchmark Overhead Door Corp.** | X | X | X | **200.00** |
| Account No. **xxx4082** <br><br>**SERVICE SPRING CORP** <br>**C/O Hunter Warfield Collections** <br>**3111 W Dr. Martin Luther King Blvd** <br>**Tampa, FL 33607** | X | H | | **2007-2008** <br>**Business Debt** <br>**Benchmark Overhead Door Corp.** | X | X | X | **10,200.32** |
| Account No. **Ref. No. xxx0696** <br><br>**Sherman Analytical Laboratory** <br>**C/O Pellettieri & Associates** <br>**P.O. Box 77000, Dept. 77304** <br>**Detroit, MI 48777-0304** | | J | | **7/06/05** <br>**Medical** | | | | **10.26** |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
    (Total of this page)    **19,843.74**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Wayne Haneberg,**                                        Case No. _____
        **Viki L Haneberg**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TAYLOR DOOR** PO BOX 643467 PITTSBURGH, PA 15264-3467 | X | H | | **Personal guarantee of Business Debt** **Benchmark Overhead Door Corp.** | X | X | X | 95,000.00 |
| Account No. **TECH-PRO** 2570 FOXFIELD RD. SUITE 300 ST. CHARLES, IL 60174 | X | H | | **2007-2008** **Business Debt** **Benchmark Overhead Door Corp.** | X | X | X | 1,800.00 |
| Account No. **THE WELDING CENTER** 7400 S. CENTRAL AVE. BEDFORD PARK, IL 60638-6516 | X | H | | **2007-2008** **Business Debt** **Benchmark Overhead Door Corp.** | X | X | X | 500.00 |
| Account No. **UNI-xxxx9521** **University Anesthesiologists** C/O Armor Systems Corp 1700 Kiefer Dr, Suite 1 Zion, IL 60099-5105 | | | J | **11/09/07** **Medical** | | | | 55.20 |
| Account No. **Will County Carpenters Dist** C/O First Midwest Bank 50 West Jefferson Street Joliet, IL 60432-4400 | X | H | | **2007-2008** **Business Debt** **Union Bill for Will County** **Benckmark Overhead Door Corp.** | X | X | X | 10,000.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            107,355.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Wayne Haneberg,**
         **Viki L Haneberg**
                                                            Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1364, xxxx L xx0777**<br><br>**WINDSOR REPUBLIC DOORS**<br>**C/O Teller Levit & Silvertrust, P.C**<br>**11 E. Adams St., Suite #800**<br>**Chicago, IL 60603** | X | H | | **2007**<br>**Personal guarantee of Business Debt**<br>**Garage Doors, Hardware & Openers**<br>**Benchmark Overhead Door Corp.** | X | X | X | **106,244.18** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **106,244.18**

Total
(Report on Summary of Schedules)    **991,823.64**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Michael Wayne Haneberg,**                                                    Case No. _____
         **Viki L Haneberg**

_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T MOBILITY**<br>**PO BOX 6428**<br>**CAROL STREAM, IL 60197-6428** | **Lease of telephones** |
| **C & L Family Limited Partnership**<br>**37 Stirrup Cup Ct.**<br>**Saint Charles, IL 60174** | **Lease is for nonresidential real property at 3N555**<br>**17th Street, St. Charles, IL 60174** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Michael Wayne Haneberg,**
       **Viki L Haneberg**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **AIRGAS**<br>**PO BOX 802588**<br>**CHICAGO, IL 60686** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **ALLIED WASTE SERVICES**<br>**PO BOX 9001154**<br>**LOUISVILLE, KY 40290-1154** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **AMARR GARAGE DOOR**<br>**C/O Abrams & Abrams, P.C.**<br>**180 W. Washington St, Ste 910**<br>**Chicago, IL 60602** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **AMERICAN EXPRESS BANK FSB**<br>**c/o Baker Miller Markoff & Krasny**<br>**29 N. Wacker Dr, 5th Floor**<br>**Chicago, IL 60606** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **American Marketing and Publishing**<br>**915 E. Lincoln Hwy.**<br>**P.O. Box 801**<br>**Dekalb, IL 60115** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **ARROW TRU-LINE, INC.**<br>**C/O Butterfield & Associates, Inc.**<br>**P.O. Box 34629**<br>**Louisville, KY 40232** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **C & L Family Limited Partnership**<br>**Attn: Charles Polly**<br>**37 Stirrup Cup Ct.**<br>**Saint Charles, IL 60174** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **CARPENTERS BENEFIT FUND**<br>**PO BOX 4001**<br>**GENEVA, IL 60515** |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Michael Wayne Haneberg,**
       **Viki L Haneberg**

Case No. _____

,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **CHAMBERLAIN GROUP**<br>**PO BOX 99152**<br>**CHICAGO, IL 60693** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174**<br>   **Company is defunct** | **Chicago Reg. Council of Carpenters**<br>**12 East Erie Street**<br>**Chicago, IL 60611** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **CITY OF ST. CHARLES**<br>**2 E. MAIN STREET**<br>**ST. CHARLES, IL 60174** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **CLOPAY Building Products**<br>**C/O Atlas & Leviton**<br>**P.O. Box 894**<br>**Glenview, IL 60025** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **COLUMBIA GLASS**<br>**C/O Goldstine, Skrodzki, Russian**<br>**835 McClintockDr., Second Floor**<br>**Burr Ridge, IL 60527-0860** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **Digiovine, Hnilo, Jordan & Johnson**<br>**387 Shuman Blvd., Suite 170**<br>**Naperville, IL 60566** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **EXPRESS FASTENER**<br>**65 N. BRANDON**<br>**GLENDALE HEIGHTS, IL 60139** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **FIRST EQUITY CARD CORP.**<br>**PO BOX 23029**<br>**COLUMBUS, GA 31902-3029** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **GREISER LOGISTICS**<br>**19230 C. RD. F**<br>**WAUSEON, OH 43567** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **HYPHEN SOLUTIONS**<br>**5055 KELLER SPRINGS**<br>**SUITE 200**<br>**ADDISON, TX 75001-5997** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **LABOR NATION**<br>**374A SUMMIT STREET**<br>**ELGIN, IL 60120** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **LaSalle Bank**<br>**350 W North Ave**<br>**Addison, IL 60101** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Michael Wayne Haneberg,**                                    Case No. _____
         **Viki L Haneberg**

_____,
                                Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **MONSTER INC.**<br>**PO BOX 90364**<br>**CHICAGO, IL 60696-0364** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **NICOR GAS**<br>**PO BOX 416**<br>**AURORA, IL 50568** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **Nordic Energy Services LLC**<br>**C/O PSI-Prestige Services, Inc**<br>**21214 Schofield Drive**<br>**Gretna, NE 68028** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **PENSKE TRUCK LEASING**<br>**PO BOX 802577**<br>**CHICAGO, IL 60680-2577** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **PITNEY BOWES**<br>**PO BOX 856390**<br>**LOUISVILLE, KY 40285-6390** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **RH DONNELLY**<br>**C/O McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **SERVICE SPRING CORP**<br>**C/O Hunter Warfield Collections**<br>**3111 W Dr. Martin Luther King Blvd**<br>**Tampa, FL 33607** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **SAFETY SERVICES CO.**<br>**PO BOX 6408**<br>**YUMA, AZ 85366-6408** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **TAYLOR DOOR**<br>**PO BOX 643467**<br>**PITTSBURGH, PA 15264-3467** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **TECH-PRO**<br>**2570 FOXFIELD RD.**<br>**SUITE 300**<br>**ST. CHARLES, IL 60174** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **THE WELDING CENTER**<br>**7400 S. CENTRAL AVE.**<br>**BEDFORD PARK, IL 60638-6516** |
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **Will County Carpenters Dist**<br>**C/O First Midwest Bank**<br>**50 West Jefferson Street**<br>**Joliet, IL 60432-4400** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Michael Wayne Haneberg,**                  Case No. _____
        **Viki L Haneberg**

<div align="center">Debtors,</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Benchmark Overhead Door Corp.**<br>**3 N 555 17th St**<br>**Saint Charles, IL 60174** | **WINDSOR REPUBLIC DOORS**<br>**C/O Teller Levit & Silvertrust, P.C**<br>**11 E. Adams St., Suite #800**<br>**Chicago, IL 60603** |
| **Dealer Door & Supplies Corp**<br>**3N555 17th Street**<br>**Saint Charles, IL 60174** | **WINDSOR REPUBLIC DOORS**<br>**C/O Teller Levit & Silvertrust, P.C**<br>**11 E. Adams St., Suite #800**<br>**Chicago, IL 60603** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Michael Wayne Haneberg**
**Viki L Haneberg**
                                            Case No. _____
                         Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Daughter<br>Son | AGE(S):<br>15<br>17<br>8 |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Benchmark Door Corporation** | **Benchmark Door Corporation** |
| How long employed | **5.5 Months** | **5.5 Months** |
| Address of Employer | **700 Hilltop Drive**<br>**Itasca, IL 60143** | **700 Hilltop Drive**<br>**Itasca, IL 60143** |

**\*See Attachment for Additional Employment Information**

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,333.33 | $ 3,499.99 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,333.33 | $ 3,499.99 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 456.50 | $ 536.90 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): **Health Insurance** | $ 0.00 | $ 653.38 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 456.50 | $ 1,190.28 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,876.83 | $ 2,309.71 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Kerasotes Showplace Theatres, LLC** | $ 0.00 | $ 255.98 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 255.98 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,876.83 | $ 2,565.69 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,442.52 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    **Michael Wayne Haneberg**
      **Viki L Haneberg**            Case No. _____
                   Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | |
|---|---|
| Occupation | |
| Name of Employer | **Kerasotes Showplace Theatres, LLC** |
| How long employed | **2.5 Months** |
| Address of Employer | **224 N. Des Plaines St.** <br> **Ste. 200** <br> **Chicago, IL 60661** |

B6J (Official Form 6J) (12/07)

In re   **Michael Wayne Haneberg**
**Viki L Haneberg**                                                        Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,877.00 |
| a. Are real estate taxes included?   Yes __X__   No ___ | | |
| b. Is property insurance included?   Yes __X__   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 650.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 150.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 380.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 300.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 456.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 485.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **School lunch program for 3 children** | $ | 300.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,828.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,442.52 |
| b.   Average monthly expenses from Line 18 above | $ | 9,828.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,385.48 |

B6J (Official Form 6J) (12/07)

In re    **Michael Wayne Haneberg**
**Viki L Haneberg**                                          Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Computer Access** | $ | **50.00** |
| **Cell Phones** | $ | **330.00** |
| **Total Other Utility Expenditures** | $ | **380.00** |

11/21/08 11:19AM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Wayne Haneberg**
**Viki L Haneberg**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 21, 2008**

Signature  **/s/ Michael Wayne Haneberg**
**Michael Wayne Haneberg**
Debtor

Date  **November 21, 2008**

Signature  **/s/ Viki L Haneberg**
**Viki L Haneberg**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael Wayne Haneberg**
**Viki L Haneberg**
           Debtor(s)

Case No. _____

Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,615.36** | **2008 Husband**<br>**YTD Employment Income**<br>**Benchmark Overhead Door Corp.**<br>**3N555 17th Street**<br>**St. Charles, IL 60174** |
| **$26,000.00** | **2008 Husband**<br>**YTD Employment Income**<br>**Benchmark Door Corporation**<br>**700 Hilltop Drive**<br>**Itasca, IL 60143** |

| AMOUNT | SOURCE |
|---|---|
| **$12,115.35** | **2008 Wife**<br>**YTD Employment Income**<br>**Benchmark Overhead Door Corp.**<br>**3N555 17th Street**<br>**St. Charles, IL 60174** |
| **$20,999.94** | **2008 Wife**<br>**YTD Employment Income**<br>**Benchmark Door Corporation**<br>**700 Hilltop Drive**<br>**Itasca, IL 60143** |
| **$1,359.13** | **2008 Wife YTD Employment Income**<br>**Kerasotes Showplace Theatres, LLC**<br>**224 N. Des Plaines St., Ste 200**<br>**Chicago, IL 60661** |
| **$113,049.00** | **2007 Husband & Wife Employment Income**<br>**Benchmark Overhead Door Corp.** |
| **$122,000.00** | **2006 Husband & Wife Employment Income**<br>**Benchmark Overhead Door Corp.** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■
c.  *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Windsor Republic Doors, Inc., a corporation vs. Dealer Door & Supplies Corp., a corporation, and Michael Haneberg Case No. 2008 L 000777** | **Complaint** | **Circuit Court of the Eighteenth Judicial Circuit County of DuPage, State of Illinois** | **Pending** |
| **American Express Bank, FSB vs. Michael Haneberg & Benchmark Overhead Door Corp. Case No. 2008 L 000794** | **Complaint** | **Circuit Court of the Eighteenth Judicial Circuit County of DuPage, State of Illinois** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Honda Finance Corp 1220 Old Alpharetta Rd. Suite 350 Alpharetta, GA 30005** | **October 6, 2008** | **2006 Gold Wing motorcycle voluntarily turned over to secured creditor. Creditor's claim is $17,989.99. Motorcycle's value was $13,175.** |

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
□

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Myler, Ruddy & McTavish**<br>**105 E. Galena Blvd.**<br>**8th Floor**<br>**Aurora, IL 60505** | **$3000 for services rendered in connection with the closure of Benchmark Overhead Door Corp.**<br>**$4000 same**<br>**$1200 for this Chapter 7 case** | **2/25/08 - Benchmark Overhead Door Corp.**<br>**5/26/08 - Benchmark Overhead Door Corp.**<br>**8/24/08 - debtor** |

### 10. Other transfers

**None**
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Chase Bank**<br>**3116 South Rt. 59**<br>**Naperville, IL 60564** | **Checking Account #xxxx3108** | |
| **Chase Bank**<br>**3116 South Rt. 59**<br>**Naperville, IL 60564** | **Savings Account #xxxx3108** | |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1045 Big Eagle Trail**<br>**Carol Stream IL 60188-0000** | **Michael Wayne Haneberg**<br>**Viki L. Haneberg** | **Until September 2005** |

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Benchmark Overhead Door Corp** | 36-4304671 | **3N555 17th Street Saint Charles, IL 60174** | **Gargage Doors** | **July 1999 - April 2008** |
| **Dealer Door & Supplies Corp** | | **3 N 555 17th St Saint Charles, IL 60174** | **Consignor of Windsor doors** | **May 18, 2007 - December 2007** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Digiovine, Hnilo, Jordan & Johnson 387 Shuman Blvd., Suite 170 Naperville, IL 60566** | **From inception through July 2007** |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                              DATES SERVICES RENDERED

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS
**Debtors
All are available.**

None □  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                            DATE ISSUED
**LaSalle Bank**                                           **Various**
**350 W North Ave**
**Addison, IL**

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
                                            OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                             AMOUNT OF MONEY
OF RECIPIENT,                  DATE AND PURPOSE            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL               VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 21, 2008**                 Signature   **/s/ Michael Wayne Haneberg**
                                                          **Michael Wayne Haneberg**
                                                          Debtor

Date   **November 21, 2008**                 Signature   **/s/ Viki L Haneberg**
                                                          **Viki L Haneberg**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Wayne Haneberg**
**Viki L Haneberg**

Debtor(s)

Case No.

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Personal Residence Location: 1212 Cromwell Ln Naperville, IL  60564** | **Chase** | | | | **X** |
| **Personal Residence Location: 1212 Cromwell Ln Naperville, IL  60564** | **Sovereign Bank** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **November 21, 2008**

Signature   **/s/ Michael Wayne Haneberg**
**Michael Wayne Haneberg**
Debtor

Date   **November 21, 2008**

Signature   **/s/ Viki L Haneberg**
**Viki L Haneberg**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re **Michael Wayne Haneberg**
**Viki L Haneberg**

Case No.

Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................... $ **3,200.00**

Prior to the filing of this statement I have received .......................................................... $ **1,200.00**

Balance Due ........................................................................................................................ $ **2,000.00**

2.  $ **299.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 21, 2008**          **/s/ G. Alexander McTavish**

**G. Alexander McTavish**
**Myler, Ruddy & McTavish**
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475  Fax: 630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| G. Alexander McTavish | X /s/ G. Alexander McTavish | November 21, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Michael Wayne Haneberg Viki L Haneberg | X /s/ Michael Wayne Haneberg | November 21, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Viki L Haneberg | November 21, 2008 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Wayne Haneberg**
       **Viki L Haneberg**

Case No. _____

Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **114**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 21, 2008** _____      **/s/ Michael Wayne Haneberg** _____
                                        **Michael Wayne Haneberg**
                                        Signature of Debtor

Date:   **November 21, 2008** _____      **/s/ Viki L Haneberg** _____
                                         **Viki L Haneberg**
                                         Signature of Debtor

Accelerated Rehabilitation
35212 Eagle Way
Chicago, IL 60678


AIRGAS
PO BOX 802588
CHICAGO, IL 60686


ALLIED WASTE SERVICES
PO BOX 9001154
LOUISVILLE, KY 40290-1154


AMARR GARAGE DOOR
C/O Abrams & Abrams, P.C.
180 W. Washington St, Ste 910
Chicago, IL 60602


AMARR Garage Door
P.O. Box 75092
Charlotte, NC 28275


American Express
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072


American Express
C/O United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929


American Express
PO Box 981535
El Paso, TX 79998-1535


AMERICAN EXPRESS BANK FSB
c/o Baker Miller Markoff & Krasny
29 N. Wacker Dr, 5th Floor
Chicago, IL 60606


American Express Business Card
PO Box 0001
Los Angeles, CA 90096-0001

American Honda Finance Corp
P.O. Box 1844
Alpharetta, GA 30023-1844


American Honda Finance Corp.
1220 Old Alpharetta Rd.
Suite 350
Alpharetta, GA 30005


American Marketing & Publishing
P.O. Box 982
Dekalb, IL 60115


American Marketing and Publishing
915 E. Lincoln Hwy.
P.O. Box 801
Dekalb, IL 60115


Arrow Tru-Line Inc
C/O O'Connor-Ravel Assocs, Inc
20 Waverly Place
Madison, NJ 07940


Arrow Tru-Line Inc.
2211 S. Defiance St
Archbold, OH 43502


ARROW TRU-LINE, INC.
C/O Butterfield & Associates, Inc.
P.O. Box 34629
Louisville, KY 40232


Arrow Tru-Line, Inc.
P.O. Box 901352
Cleveland, OH 44190


Associated Dental Care
183 S. Bloomingdale Rd
Suite 202
Bloomingdale, IL 60108-1466


AT & T Real Yellow Pages
DEX
8519 Innovation Way
Chicago, IL 60682-0085

```
AT&T
P.O. Box 8212
Aurora, IL 60572-8212


AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428


AT&T Mobility
1805 Valley View Lane
Dallas, TX 75234-8906


AT&T MOBILITY
PO BOX 6428
CAROL STREAM, IL 60197-6428


BANK OF AMERICA
PO BOX 15026
WILMINGTON, DE 19850-5026


Barclays Bank Delaware
100 South West St
Wilmington, DE 19801


Barclays Bank Delaware/Juniper
C/O West Asset Management
P.O. Box 956842
Saint Louis, MO 63195


Benchmark Overhead Door Corp.
3 N 555 17th St
Saint Charles, IL 60174


Bluecross Blueshield of Illinois
300 E Randolph St
Chicago, IL 60601-5099


C & L Family Limited Partnership
Attn: Charles Polly
37 Stirrup Cup Ct.
Saint Charles, IL 60174


C & L Family Limited Partnership
37 Stirrup Cup Ct.
Saint Charles, IL 60174
```

CAPITAL ONE BANK
PO BOX 5294
CAROL STREAM, IL 60197-5294


CARD SERVICES
PO BOX 13337
PHILADELPHIA, PA 19101-3337


CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153


CARDMEMBER SERVICE
PO BOX 15298
WILMINGTON, DE 19850-5298


CARPENTERS BENEFIT FUND
PO BOX 4001
GENEVA, IL 60515


Carpenters Pension & Retirement
8 North First Street
P.O. Box 791
Geneva, IL 60134-0791


Central DuPage Hospital
Attn: Convenient Care
235 S. Gary Ave.
Bloomingdale, IL 60108


Central DuPage Hospital
25 N. Winfield Road
Winfield, IL 60190-1222


CH Rush Oak Park
610 South Maple Ave, Suite 1400
Oak Park, IL 60304


CHAMBERLAIN GROUP
PO BOX 99152
CHICAGO, IL 60693


Chase
PO Box 9001020
Louisville, KY 40290-1020

CHASE CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153


Chicago Carpenters Trust
P.O. Box 94432
Chicago, IL 60690


Chicago Magic Soccer Club
10850 Laraway Rd
Frankfort, IL 60423


Chicago Reg. Council of Carpenters
12 East Erie Street
Chicago, IL 60611


CITI CARDS
BOX 6000
THE LAKES, NV 89163-6000


CITY OF ST. CHARLES
2 E. MAIN STREET
ST. CHARLES, IL 60174


CLOPAY Building Products
C/O Atlas & Leviton
P.O. Box 894
Glenview, IL 60025


Clopay Building Products
8585 Duke Blvd.
Mason, OH 45040


COLUMBIA GLASS
C/O Goldstine, Skrodzki, Russian
835 McClintockDr., Second Floor
Burr Ridge, IL 60527-0860


Columbia Glass
4716 W. Lake Street
Chicago, IL 60644


Dealer Door & Supplies Corp
3N555 17th Street
Saint Charles, IL 60174

Digiovine, Hnilo, Jordan & Johnson
387 Shuman Blvd., Suite 170
Naperville, IL 60566


DISCOVER CARD
PO BOX 15192
WILMINGTON, DE 19850-5192


Dr. B. Cole
Midwest Orthopaedics at RUSH, LLC
1 Westbrook Corporate Ctr, Ste 240
Westchester, IL 60154


DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


Edward Hospital
C/O Revenue Cycle Solutions, Inc
P.O. Box 7229
Westchester, IL 60154-7229


Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207


Edward Hospital
C/O RCS
P.O. Box 7229
Westchester, IL 60154-7229


Edward Hospital & Health Services
801 S. Washington St.
Naperville, IL 60540-7060


Edward Hospital & Health Services
P O Box 4207
Carol Stream, IL 60197


Eric P. Liedtke, DDS
10334 S. Rt. 59
Naperville, IL 60564

EXPRESS FASTENER
65 N. BRANDON
GLENDALE HEIGHTS, IL 60139


FIRST EQUITY CARD CORP.
PO BOX 23029
COLUMBUS, GA 31902-3029


FIRST NATIONAL BANK OMAHA
PO BOX 2557
OMAHA, NE 68103-2557


GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-1683


GREISER LOGISTICS
19230 C. RD. F
WAUSEON, OH 43567


Highlights for Children
C/O RMCB Collection Agency
2269 S. Saw Mill River Rd, Bldg 3
Elmsford, NY 10523


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


Home Depot/Citibank
C/O Client Services, Inc/Citicards
P.O. Box 1503
Saint Peters, MO 63376-0027


HSBC CARD SERVICES
C/O Account Receivable Mgmnt
P.O. Box 129
Thorofare, NJ 08086-0129


HSBC Card Services
P.O. Box 81622
Salinas, CA 93912-1622

HYPHEN SOLUTIONS
5055 KELLER SPRINGS
SUITE 200
ADDISON, TX 75001-5997


IL Department of Revenue
100 W Randolph, Level 7-400
Chicago, IL 60601


IL Department of Revenue
Retailer's Occupation Tax
Springfield, IL 62796-0001


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


JP Morgan Chase
Attn: Credit Line Review
P.O. Box 71, Suite AZ1-1113
Phoenix, AZ 85001


JuniperBank
P.O. Box 8802
Wilmington, DE 19899-8802


Kelly S. Johnson Psy. D.
28379 Davis Parkway
Cantera Lakes, Suite 801
Warrenville, IL 60555


L. Iyer, Anethesiologist
C/O Edward Hospital
P.O. Box 4207
Carol Stream, IL 60197


LABOR NATION
374A SUMMIT STREET
ELGIN, IL 60120


LaSalle Bank
350 W North Ave
Addison, IL 60101

M.A. English
Internal Revenue Service
2001 Butterfield Road
Downers Grove, IL 60515


McElroy Pediatric Dentristy, Ltd.
231 S. Gary Ave, Ste 105
Bloomingdale, IL 60108-2234


Midwest Orthopaedics at Rush
P.O. Box 6287
Chicago, IL 60680


MONSTER INC.
PO BOX 90364
CHICAGO, IL 60696-0364


Motion Medical Technology
2346 S. Lynhurst Dr, #501
Indianapolis, IN 46241


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527


Naperville Radiologists S.C.
6910 S Madison St
Willowbrook, IL 60527


NICOR GAS
PO BOX 416
AURORA, IL 50568


Nicor Gas
1844 W. Ferry Rd.
Naperville, IL 60563-9662


Nordic Energy Services LLC
C/O PSI-Prestige Services, Inc
21214 Schofield Drive
Gretna, NE 68028


Nordic Energy Services LLC
625 Plainfield Road, Suite 226
Willowbrook, IL 60527

PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577


PITNEY BOWES
PO BOX 856390
LOUISVILLE, KY 40285-6390


Premier Internists of Naperville
10 Martin Ave #70
Naperville, IL 60540


RH DONNELLY
C/O McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


RH Donnelly
8519 Innovation Way
Chicago, IL 60682-0085


SAFETY SERVICES CO.
PO BOX 6408
YUMA, AZ 85366-6408


SERVICE SPRING CORP
C/O Hunter Warfield Collections
3111 W Dr. Martin Luther King Blvd
Tampa, FL 33607


Service Spring Corp
4370 Martin-Moline Rd.
Millbury, OH 43447


Sherman Analytical Laboratory
C/O Pellettieri & Associates
P.O. Box 77000, Dept. 77304
Detroit, MI 48777-0304


Sheryl Fyock
Latimer LeVay Jurasek
55 W. Monroe St, Suite 1100
Chicago, IL 60603

Sovereign Bank
Mortgage Servicing
601 Penn Street
Reading, PA 19601


Sovereign Bank
Mail Code 10-6438-EA5
P.O. Box 12646
Reading, PA 19612-2646


TAYLOR DOOR
PO BOX 643467
PITTSBURGH, PA 15264-3467


TECH-PRO
2570 FOXFIELD RD.
SUITE 300
ST. CHARLES, IL 60174


THE WELDING CENTER
7400 S. CENTRAL AVE.
BEDFORD PARK, IL 60638-6516


University Anesthesiologists
C/O Armor Systems Corp
1700 Kiefer Dr, Suite 1
Zion, IL 60099-5105


University Anesthesiologists
Lock Box 128
Glenview, IL 60025


Will County Carpenters Dist
C/O First Midwest Bank
50 West Jefferson Street
Joliet, IL 60432-4400


WINDSOR REPUBLIC DOORS
C/O Teller Levit & Silvertrust, P.C
11 E. Adams St., Suite #800
Chicago, IL 60603


Windsor Republic Doors
5800 Scott Hamilton
P.O. Box 8915
Little Rock, AR 72219